1 David Lawton (HI Bar No. 7338)
  THE GALLAGHER LAW GROUP PC
2 1875 Century Park East, Suite 1550
3 Los Angeles, CA 90067
  Telephone: (310) 203-2600
4 Facsimile: (310) 203-2610
5 E-mail: dlawton@thegallaghergroup.com

6 Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHEA and<br>FOOD & WATER WATCH, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>NATIONAL MARINE FISHERIES SERVICE; MICHAEL D. TOSATTO, Regional Administrator of the National Marine Fisheries Service, Pacific Islands Regional Office; SAMUEL D. RAUCH III, Assistant Administrator of the National Marine Fisheries Service; and PENNY PRITZKER, Secretary of Commerce,<br><br>             Defendants. | Case No. CV-11-00474 SOM KSC<br><br>DECLARATION OF DAVID H. LAWTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT; PROPOSED RENEWED MOTION FOR SUMMARY JUDGMENT; and EXHIBITS "A-G"<br><br>Judge: Hon. Susan Oki Mollway |

I, David H. Lawton, declare as follows:

1. I am an attorney with The Gallagher Law Group PC, counsel of record for plaintiff FOOD & WATER WATCH, INC. ("Plaintiff"). I am duly licensed to practice law before all the courts of the State of Hawaii. The following facts are within my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a copy of the October 29, 2013 Memorandum issued by the U.S. Court of Appeals in the above-captioned case.

3. Attached hereto as **Exhibit B** is a copy of the Environmental Assessment for the Issuance of a Special Fishing Permit to Authorize the Use of an Anchored Pod to Culture and Harvest a Coral Reef Ecosystem Management Unit Species, Seriola rivoliana, in Federal Waters West of Hawaii Island" (RIN 0648-XC791) October 25, 2013

4. Attached hereto as **Exhibit C** is a copy of the report by Sims, N. and G. Key. "Fish without footprints – beta-test of the first unanchored fish pen and the first marine fish culture in U.S. Federal waters. Final Report for Illinois Soybean Association, International Copper Association, Ocean Farms Technologies, and NOAA."

5. Attached hereto as **Exhibit D** is a copy of the letter from Food & Water Watch by Zach Corrigan to Michael Tosatto.

6. Attached hereto as **Exhibit E** is a copy of the MEMORANDUM FOR RECORD. Department of the Army Environmental Assessment and Statement of Finding for Above-Numbered Permit Application.

7. Attached hereto as **Exhibit F** is Plaintiffs' Notice Of Motion And Proposed Renewed Motion For Summary Judgment; Memorandum Of Points And Authorities In Support Thereof.

1  8. Attached hereto as **Exhibit G** is the a copy of the January 24, 2014 Mandate issued by the U.S. Court of Appeals for the Ninth Circuit in the above-captioned case.

I declare under penalty of perjury of the laws of the State of Hawaii that the foregoing is true and correct. This Declaration is executed and dated the 27th day of February, 2014 at Los Angeles, California.

*/s/ David H. Lawton*

David H. Lawton

---

DECL. DAVID H. LAWTON IN SUPP. PL.'S MOT. FOR LEAVE TO FILE RENEWED MOT. FOR SUMM.Y J.; PROPOSED RENEWED MOT. FOR SUMM. J

2