# Exhibit C



# Fish without Footprints –

# beta-test of the first unanchored fish pen,

# and the first marine fish culture

# in U.S. Federal Waters.

### FINAL REPORT

Prepared For :
Illinois Soybean Association
International Copper Association
Ocean Farms Technologies
NOAA

By Neil Sims and Gavin Key
Kampachi Farms, LLC
Kailua-Kona, HI, USA
1-808-331-1188 ext: 201

neil@kampachifarm.com

1

## Abstract

The first-ever test of an unanchored open ocean farm --The Velella Project -- has reached a successful conclusion approximately seven months after the July 2011 stocking. The beta-test consisted of a 132 cu m brass-mesh Aquapod® net pen that was normally submerged 10 m below the surface, tended by the S.S. Machias – an 80 ft steel-hulled schooner that operated as a feed barge, security vessel, dive platform and communications center. The Velella array was intended to drift within the ocean current eddies in the lee (west) of the Big Island of Hawaii.

The biological performance of the kampachi (*Seriola rivoliana*, or long-fin amberjack) in the Velella beta-test was impressive. Even accounting for post-transfer stress-induced losses, stock mortality remained below 2% (far less than the projected 15%). The Velella-raised kampachi exhibited outstanding growth performance, reaching normal harvest size in 5 months of offshore growout. The feed conversion ratio for the standard commercial pellet diet (consisting of Peruvian anchovy fishmeal and fish oil, but also containing significant inclusion of soy proteins and oils) was 1.6:1. Perhaps the most important achievement of the last seven months was the development of a novel set of protocols for control of ectoparasitic skin flukes (the most serious challenge to fish health in *Seriola* culture) without recourse to therapeutants or chemicals of any kind. These biological results are of great significance for both the commercial potential for future deep water operations, and for the ecological benefits that could attend such systems.

There are still significant challenges in detecting and predicting the offshore eddies, in relaying command-and-control functions through narrow-bandwidth satellite connections, and with reducing the drag forces and the diesel costs for towing mesh pens through the water. However, with this performance, the Velella Project demonstrated that it is indeed possible to operate a fully-functional mariculture operation adrift in the open ocean, and identified the target areas for future work to bring the concept through to commercial viability. The project also demonstrated the opportunity for growth in responsible, sustainable mariculture in US Federal waters.



--------------- /// ---------------

**Introduction**

As of 2007, the seafood component of the U.S. trade deficit ran at $9 billion, and was increasing at a rate of 12% per annum. Aquaculture offers the best solution for sustainable sources of healthy marine protein for human consumption. However, U.S. aquaculture production currently comprises only 1.3% of global production, and almost all U.S. aquaculture production is concentrated on freshwater species. The only marine species produced in any significant quantity are salmonids and striped bass, both of which are freshwater spawning. The strongest consumer demand, however, is for high-value marine species – groupers, snappers, tunas, etc. The complexities of the early life stages of these valuable fish have been impediments to their production until only recently. Additionally, offshore grow-out technology has up to now limited marine fish grow-out sites to nearshore waters, in protected embayments or estuaries, or to land-based tank systems. The recent development of open-ocean culture technologies, advancements in hatchery production of marine species, and the encouraging results of alternative feeds research using sustainable agricultural products such as U.S.-grown soybeans as a replacement for fishmeal and fish oil provide great opportunities for the environmentally sustainable expansion of finfish aquaculture in offshore waters.

There are now two primary impediments to such expansion in U.S. waters: regulatory constraints, and scalability challenges. Under the current regulatory constraints, offshore aquaculture operations are confined to state waters in a few jurisdictions (Hawaii, Washington, Maine), and even there require lengthy permit processes for granting of leases of submerged lands for farm sites and for attendant operating permits. Opposition from commercial fishing interests, anti-aquaculture activists, and competing ocean space user-groups can result in lengthy lease-granting and permitting processes, and can often stymie requests for farm sites or farm expansion entirely. This presents a problem for offshore aquaculture operations, which, as they necessarily scale up to satisfy global demand, will require additional space. These impediments to the expansion of aquaculture in U.S. waters provided both an imperative and an opportunity to examine the technical viability of mobile, "perpetually fallow" unanchored open-ocean fish farming. The ability to raise fish in a mobile farm system, miles from shore in water thousands of feet deep would present the industry with opportunity for responsible, sustainable and absolutely necessary expansion.

The biological and environmental benefits of such a system were also expected to be manifold: by moving fish culture farther offshore, interactions between captive and wild fish populations should be reduced, minimizing issues of disease and parasite transfer in either direction; the extreme depth of the operating area and wide-ranging motion of the cage over the seafloor should ensure that scaling of production continues to have no measureable effects on water quality or benthic habitat; and the offshore environment could provide a healthier, lower stress environment for the stock, resulting in better survival, growth, and feed conversion efficiency. There are many challenges related to operating in a remote marine environment that need to be overcome in order to validate these potential benefits.

To this end, Kona Blue Water Farms, (later Kampachi Farms), along with project partners Lockheed Martin and Ocean Farm Technologies carried out the first-ever test of an un-anchored, open-ocean drifter farm system. Named the *Velella* Project (after a genus

3

of pelagic hydrozoan, related to the Portuguese man-o'-war), this effort had the stated goals of pioneering a permitting pathway for aquaculture in U.S. Federal Waters, ascertaining the biological benefits of mobile open-ocean farming, and developing the supporting techniques and technologies required to make the concept a commercial reality. Without the generous and visionary support of the Illinois Soybean Association, the International Copper Association, and the National Science Foundation, this research would never have been possible.

**To Farm the Sea**
    The leeward waters of Hawaii Island provide an ideal location to test not only the concept of unanchored mariculture, but the techniques and technologies required to track and predict the ocean currents on which a drifting farm array would rely. Like a rock in a stream, islands often spawn circular currents, or eddies, in their "wake" as ocean currents flow past them. The eddies generated to the west of Hawaii Island (Fig. 1) were hypothesized to be a suitable proving ground for the Velella concept. The historical oceanographic data for the region shows these leeward eddies to be strong, stable, and long-lasting – often persisting for months at a time before they begin to propagate to the West and destabilize. A stable circular current like this would potentially have the ability to entrain a net pen and its tender vessel, allowing them to drift freely in the deep open ocean while remaining relatively close to land-based operating centers.



Fig. 1.   Schematic of the oceanic circulation in the Hawaiian Islands.  Major currents are the North Pacific Current (NPC), North Equatorial Current (NEC), North Hawaiian Ridge Current (NHRC), Hawaiian Lee Current (HLC), and the Hawaiian Lee Countercurrent.  Colder, cyclonic eddies are indicated by the blue area, and anticyclonic eddies are in the red area.

    To validate this theory, the *Velella* research team conducted a series of current tracking studies using GPS-enabled drogue buoys. The results of these studies suggested that the data available on the eddies were correct, with drogues making numerous complete orbits of the targeted eddies (Fig. 2) The buoy trials also informed the development of an in-house eddy tracking and prediction capability by Lockheed Martin and the University of Colorado at Boulder, a graphical composite of satellite data that

4

defines the expected eddy area with an ellipse projected onto a data map. This product, the Feature Intensity Index, (Fig. 3), proved to be insufficiently accurate for use as a reliable navigational aid, but its development was an instructive exercise in the challenging realm of ocean modeling. Navy current models generated with vastly greater computing resources were found to be only marginally more accurate.



Fig. 2  The drift track of the 3rd GPS buoy deployed into the Kona eddy field, November 2009



Fig 3.    Oct. 29, 2009 Cyclonic Eddy Ellipse.   Background colors represent the Feature Intensity Index and the vectors are computed from SST gradients.

The *Velella* Project served as a platform for the vetting development of other improvements to mariculture technology. For the operation of a mariculture system in the remote open ocean, reduction and simplification of human labor will be necessary to improve safety and efficiency. The *Velella* pens were equipped with a new brass-alloy mesh material instead of the traditional nylon or plastic chain link netting (Fig. 4). This new netting material was expected to minimize biofouling and parasite loads and reduce

5

the considerable effort and expense associated with net cleaning, thereby increasing fish health, growth rates, and operational efficiency. The brass netting also has the virtue of being extremely durable and predator-proof, which could reduce losses due to escapement and predation, and eliminate the risk for entanglement of marine mammals and other wildlife.



Fig. 4  Brass alloy chain link mesh as used on the Velella Project  Aquapods®.
Photo (and brass netting) courtesy of International Copper Association

To render farming in the remote open ocean commercially-viable, automation of various farm husbandry tasks will be essential. The Velella Project beta trial therefore also provided for the development and testing of automated feeding, mort removal, and cage cleaning systems as well as the satellite communications technology required to link the mobile farm to shore-based management.

Working with software engineers and automation experts from Lockheed-Martin, Kona Blue (later Kampachi Farms) researchers began to piece together the supporting technology to allow a small resident crew (and, eventually, land-based staff) to manage and operate all the functions of a mobile open-ocean fish farm. The feeder system was built around a pre-existing mixing chamber and centrifugal screw pump, which were designed to send a feed/water slurry through an umbilical hose from a tender vessel to the fish pen. This mixer was supplied with water and feed by a simple swimming pool pump and a Schenck self-metering auger. A water level sensor and switch were added to the mixing chamber so that the main feed pump would only activate when sufficient water was inside the chamber. By routing the electrical supply conduits through a Siemens Programmable Logic Controller, the entire system could be operated with a single button.

Lockheed Martin also developed a Mobile Fishpen Command and Control (C2) software suite. This software package, stemming from a modified version of Lockheed's satellite C2 software, was the focal point of an attempt to integrate all the functions of the farm into one control interface, which could potentially be used by a remote operator anywhere on the planet. The suite was designed with provisions for feeder operation, in-

6

cage camera imagery display, operation of remote net-cleaner vehicles, and an integrated navigation data application drawing from Navy sources and the FII. The C2 program was to be installed on a shipboard laptop which would interact with both the PLC via MODBUS protocols and shore-based computers through an Iridium satellite modem.

### Casting Off – Initial Sea Trials with Velella Mk I

The initial concept for the *Velella* drifter array was for two Aquapod® net pens (manufactured by Ocean Farms Technologies) to be bridled in a tandem array (Fig. 5) and tethered to the 80-foot steel-hulled staysail schooner S/V *Machias*, which would serve as the manned tender vessel, quarters for the resident crew, and operations center. The Aquapods were connected to each other and to the *Machias* towing bridle using specially designed structural hubs, and separated by rigid polyethylene struts. Their position in the water column was to be maintained using a combination of ballast tanks, weights, and strings of trawl floats. The towline from the vessel to the pen bridle was of heavy nylon, and served as a guideline for the umbilical hoses and camera cables reaching from *Machias* to the pens. The pens were to be towed into position near the center of a stable eddy and - pending sea trials and issuance of a special permit from the National Marine Fisheries Service - stocked with up to 8,000 kampachi (*Seriola rivoliana*) fingerlings. The array would then be set adrift to ride the currents of the eddy, towing as necessary to maintain the array's position inside the boundaries of the designated operating area.



Fig. 5  The "Velella Mk.1" tandem array being deployed at Kawaihae harbor. Towing hub is visible above the waterline on the pen to the right, while the rigid struts are submerged.

This "*Velella* Mk.1" array was constructed and launched at Kawaihae Harbor on the Kohala coast of Hawaii Island in March, 2011. With the available oceanography data indicating an eddy setting up several miles offshore, the *Machias* towed the *Velella* Mk.1

due West from Kawaihae harbor, with the two Aquapods both partially emergent. Instead of the predicted southerly current, however, the array was subjected to strong northerly flow. The *Machias* was unable to tow against the current, and the array was dragged to the Northwest, into the Alenuihaha Channel, as a storm front moved across the island chain. In the Alenuihaha, the *Velella* Mk.1 was exposed to extremely high winds from 20-40 knots, and heavy seas with wind waves reaching up to 20 feet. With *Machias* unable to make headway against the current to escape these conditions, the array was subjected to enormous strain.

Eventually, one of the Aquapod towing hubs failed under tension, causing the array to lose structural integrity. Despite the efforts of the *Velella* dive team, the damage could not be safely repaired before nightfall. The next morning, it became apparent that the array had sustained heavy and irreparable damage over the course of the night. Due to the rapidly deteriorating conditions, the risk to personnel, and the impracticality of attempting to salvage the array, the decision was made to scuttle the pens to avoid their becoming a hazard to navigation. Divers once again entered the water to cut the remaining bridle lines, flood the ballast tanks, and sever the float strings that kept the pens at the surface. Pen #2 was successfully scuttled without incident, but one of the float strings had entered Pen #1 through a massive breach in the mesh. Having already lost its ballast weights, it was impossible for divers to completely submerge this pen safely and worsening weather and ocean conditions forced the research team to abandon it at the surface. The team immediately notified the Coast Guard of the pen's disposition and last known location. It is now thought that this pen was broken up in the heavy seas and likely sank to the bottom in the open ocean somewhere south of Maui.

**Second Wind – re-launch of Velella Mk II**

    The research team and supporting partners remained firmly committed to the *Velella* Project concept, despite the disappointing results from the first sea trial. The experience in the Alenuihaha prompted revisions to the FII algorithms and development of a simpler, more robust single-pen array design with far lower drag and stronger, multi-point bridling attachment. *Machias* temporarily returned to Honolulu for an engine overhaul and other repairs deemed necessary to make her fit for her assignment.

    Ocean Farm Technologies generously provided another brass-netted Aquapod®, a pen slightly smaller than those used on the Velella Mk.1, at $132m^3$. This pen was one of six that were previously deployed by OFT in Panama to test the corrosive effect of seawater on the brass netting. After this trial, the brass alloy netting remained in good condition, so one of the pods was hauled out, pressure-washed, disassembled, and shipped to Kona. The pod was rebuilt at Kawaihae by Kona Blue personnel, and the lashings retaining the brass netting were reinforced. A tuned-up and refitted *Machias* returned to Hawaii Island, and the "Velella Mk.2" was assembled in May, 2011. The Aquapod® was attached to a heavy bridling system, with five nylon towing bridles running from hubs on the "bow" of the pen to a spliced eye in the end of the heavy nylon towline. The Velella Mk.2 Aquapod® was equipped with ballast tanks fore and aft, which were connected to a shipboard air compressor via hoses running along the towline. The feed hose followed the line back from the vessel as well, running from the feeder

system amidships and entering the pen through a drilled hub in the pen's 'bow'. The umbilicals were secured to the towline with a combination of industrial cable ties and Dacron® lashing. The Aquapod® was stabilized using a short shot of heavy chain for ballast, and suspended from the surface when submerged by a single string of trawl floats attached to a three-point bridle at the top of the pen. The float string was also the point of attachment for a GPS tracker buoy and a small spar buoy equipped with a dark-activated white-flashing strobe light and radar reflector.

The pen was placed by crane onto a "tripod" of heavy-duty lift bags, keeping it predominantly emergent, and then towed on the surface to the deployment area in the center of a large Kona eddy on May 26, 2011. A film crew from the National Geographic Society was present to document the launch and the tow out of Kawaihae harbor. (The Velella Project will be highlighted on a National Geographic series, hosted by Bob Ballard, called "Alien Deep", due for airing around September, 2012). Upon reaching the center of the eddy, the lift bags were removed, the pen was submerged to normal operating depth (approximately 35-40 feet below the surface) and the array began sea trials, including practice drifts and tows, as well as operational drills. The Velella Mk.2 proved to be very robust under inclement sea conditions, surviving Beaufort Sea State 8 conditions without complication. The crew familiarized themselves with the operation of the feeder system, communications gear, and pen buoyancy control. The first-ever drift trials of a fish pen in the open ocean were largely successful, with the Mk.2 array making numerous successful orbits of several Kona eddies (Figure 6). Over the first two months of operations, including repositioning before and after stocking, the array was able to remain adrift 79% of the time.



Fig. 6  The drift track of the sea trials for "Velella Mk II", in the lee of Hawaii Island.

As expected, the current was the predominant factor affecting the direction of movement of the array over ground, rather than winds or wave action. The drag of the pen was too great to provide any significant speed through the water under sail, even in strong winds; without significant forward motion, the vessel was unable to maintain course -- unless the desired course was directly downwind.

After an extensive review of the project's environmental assessment (EA) the NMFS granted a Special Coral Reef Ecosystem Fishing Permit (SCREF), number WP-CSRP-01, on July 8th, 2011, to allow the net pen to be stocked. The permit authorized Kona Blue Water Farms to "stock, culture, and harvest *Seriola rivoliana*, using CuPod [brass-meshed Aquapod] gear, in the designated action area within the U.S. EEZ west of the Island of Hawaii". Because the Velella project was the first of its kind, the NMFS had no pre-existing permitting or regulatory framework specifically for open-ocean mariculture and therefore used the next most applicable permitting process at its disposal; the issuance of a SCREF permit was deemed necessary as *Seriola rivoliana* is listed as a managed coral reef species under the relevant Fishery Management Plan of the Western Pacific Regional Fishery Management Council, and the culture operation was purely scientific in nature. The first-ever issuance of a permit to stock fish into a culture system in U.S Federal waters was a huge step not only for the project, but also for the industry.

With the Velella Mk.2's satisfactory completion of the two-month sea trial period, Kona Blue moved to stock the pen as soon as the permit was in hand. Keahole Point Fish, LLC, (KPF) the new operators of the moored Kona farm site and the hatchery facility at NELHA, provided approximately 2,000 180-gram kampachi fingerlings, and logistical support for the transfer and stocking of the pen. On July 20th, 2011, the Velella research team and KPF personnel transferred these fingerlings from nursery tanks at KPF's hatchery to one-tonne plastic totes. These were trucked to Honokohau harbor and craned onto the deck of the *F.V. Kona Kampachi*, an ex-Navy Mk.8 landing craft which serves as KPF's farm tender, harvest, and stocking vessel.

The *Machias* towed out of the eddy center, to a point 13 miles off Keahole Point. Here the Velella Mk.2 rendezvoused with the *Kona Kampachi*, and the fingerlings were flushed down a flexible PVC hose into the cage. The transfer was entirely successful, and the kampachi fingerlings – while showing some signs of stress –adapted quickly to their new environment.  The initial mortality due to transfer-related stress was far lower than expected, with only 29 fish (out of 1889) dropping out in the first week. The remaining kampachi began to accept feed almost immediately. The *Machias* slowly towed the newly stocked pen back towards the center of the eddy and resumed the drift.

**Down on the Farm – Velella operations**
The daily order of "life on the farm" centered around two diver-monitored feedings per day. A resupply trip ran from Honokohau Harbor to the Velella array each week, using a local tour vessel as a tender. This diesel-powered jet Zodiac®-style ex-Navy vessel was able to deliver up to one ton of feed and supplies per trip, with a range of up to 75 miles from shore and a maximum speed of 50 knots on flat water.  Individual

10

dive team members were rotated on and off the Velella in one-month deployments, overlapping so that one diver had always been aboard for at least two weeks, ensuring continuity of operations.

The divers operated the feeder system, monitored the feeding visually underwater, conducted any needed repairs and maintenance on the cage and rigging, and also acted as watch-standing crew members of the *Machias*. They also recorded their sightings of wildlife around the array. The Velella Mk.2 appeared to have a strong fish aggregating effect even before it was stocked. The pen structure floating in the "blue desert" of the open ocean provided habitat and sanctuary for small planktivores and other marine life, and aggregated larger predators such as tuna, mahimahi and sharks. The array became very popular with local recreational and artisanal fishermen, with over 16 small boats recorded fishing around the Velella on Veterans' Day, 2011. (Figure 7). The Velella crew maintained an observational log of local fishing effort around the array, which can be accessed at www.kampachifarm.com/sustainability.html.



Figure 7:   Local fishermen found the Velella array acted as an excellent Fish Aggregating Device (FAD), but would occasionally ignore the dive flag flown from the *Machias* tender vessel, and would troll very close to the submerged pen. Over the course of the project, a good working relationship developed between the local recreational and charter fishermen and the Velella team on the *Machias*.

The dive team regularly recorded encounters with Silky, Galapagos, and Oceanic Whitetip sharks, as well as numerous sightings of large planktivores such as pelagic Manta rays and whale sharks. (Figure 8).  An independent student monitor from UH-Hilo accompanied the Velella team on several of the weekly resupply missions, assessing the array's impact on marine mammal populations. The crew of *Machias* was likewise enlisted to aid in the mammal monitoring effort, with watch officers on the lookout for marine mammals 24/7. Over the 254 day trial, there were 59 sightings of dolphins and whales, with no contact, entanglement, or resident individuals.  Confirmed species

11

identification in the waters around the Velella included: Humpback whales, False killer whales; Melon-headed whales; Pilot whales; Rough-toothed dolphins; Spotted dolphins; Spinner dolphins, and Bottlenose dolphins. Full marine mammal monitoring data, including a geospatial data map, are available on Kampachi Farms' website, at www.kampachifarm.com/sustainability.html.



Figure 8:   A Whale shark (*Rhincodon typus*) near the Velella Mk.2 array. This individual remained near the array for almost 24 hours, feeding on plankton concentrated by Machias' prop wash. (Photo © Jeff Milisen).

In addition to being responsible for all daily farm husbandry tasks and environmental monitoring, the divers served as the main point of contact aboard *Machias* for the land-based research team, relaying operational statistics back to shore and working with Lockheed programmers to troubleshoot and update the communications and automation gear. The satellite link between vessel and shore was a persistent problem, with inconsistent connectivity and narrow bandwidth greatly impacting the team's ability to implement the automation-related work plan. While the individual systems (feeder, ROV, etc.) functioned well on their own, incompatibilities between the satellite communications and PLC prevented any integration or remote control of these capabilities.

The first month of grow out proved uneventful, with minor adjustments being required to the rigging and feeder systems, as the team learned the unique requirements of growing fish while adrift in the open ocean.

12

**Managing Ectoparasites**

The single greatest biological challenge to *Seriola* culture worldwide is the control of *Neobenedenia* skin flukes. These ectoparasites occur on wild fish in the Kona area at a frequency of about one fluke per fish, and while harmless in low numbers, can proliferate rapidly to epizootic levels in a confined culture setting. Heavy *Neobenedenia* loads can cause fish to lose interest in feed, reducing growth rates and increasing Feed Conversion Ratios (FCRs), as well as intense scratching on hard structures in the pen, which can lead to secondary infections and mortalities.

One of the aspirational goals of the Velella project was to demonstrate that there would be no parasite transfer between the skin fluke reservoir on the wild fish close to the island, and the cultured fish adrift in the open ocean. However, the FAD effects of the Velella attracted Rainbow Runners (*Elegatis bipinnulatus*), which are of the same family (Carangidae) as *Seriola*. Rainbow Runners were commonly seen around the pen whenever it was within about 20 nm of the coastline. These fish were probably moving between the deep water reef areas around the island and the offshore array, and so some skin fluke infestation was expected. In September, 2011, routine sampling recorded one *Neobenedenia* skin fluke from a sample of 10 fish (an average of 0.1 flukes per fish). Within two weeks, the skin fluke infestation rate had jumped to 13.5 per fish. While not a sufficiently high infestation rate to cause serious harm to the stock, past experience has shown that a sharp rise in infestation rates is the precursor to exponential proliferation.

In an attempt to forestall an epizootic infestation , Kampachi Farms implemented a comprehensive integrated pest management strategy. The major aim of the new management regimen was two pronged: disrupt the flukes' life cycle by reducing the available biofouling for egg attachment on the pen, and limit the fluke larvae's ability to successfully find a host. These goals were accomplished by adopting a rigorous, twice-weekly pen cleaning schedule and by maintaining constant, slow forward motion through the water: a policy dubbed the "perpetual motion machine".

The use of non-fouling brass wire mesh on the Aquapod had already reduced the surface area available for skin fluke egg attachment, but the plastic lumber spars and cordage lashings still needed regular cleaning to remove the filamentous algae and other biofouling to which the fluke eggs attach. The minimal biofouling on the mesh, and the ease with which it could be cleaned allowed a two-man dive team to complete two full cleanings of the entire cage per week. This was accomplished by surfacing the pen and using a high-pressure power-washer on the pen surfaces exposed to the air, and then rotating the pen to ensure that each panel was exposed and cleaned (Figure 9)

13



Figure 9:  Velella diver Aaron Nicholson pressure-washing an exposed panel of the surfaced Velella Mk.2 Aquapod®

The principle behind the "perpetual motion machine" was to provide a constant, unidirectional flow of water through the pen using the tender as a tow vessel. By consistently moving the array forward at a very low speed (> 0.1 kts), the fluke eggs that were released by the adults would be swept towards the rear of the pen. Fluke larvae move very slowly through the water (about 0.01 meter per second, or around 0.02 knots), and are incapable of swimming against any appreciable current. Therefore, the larvae hatching from eggs that were attached to the mesh or biofouling at the rear of the pen would be flushed outside by the current as soon as they hatched.

These cleaning and towing strategies were implemented immediately after the detection of the spike in fluke numbers, and delivered near-immediate success in reducing fluke populations (Figure 10). The final skin fluke prevalence was less than 1 *Neobenedenia* per fish, which is lower than the skin fluke prevalence on wild fish along the Kona coast. To our knowledge this is the first time that *Neobenedenia* have ever been controlled in *Seriola* culture throughout the full grow-out cycle of the fish without the use of chemicals or therapeutants of any kind.

14



Figure 10: Skin fluke prevalence over the duration of the Velella project. The rapid proliferation in flukes was followed by an immediate reduction in fluke numbers as the new fluke management strategies took effect. Fluke numbers gradually declined to near zero

In the next phase of the research, we propose to maintain the rigorous cleaning regimen, but to provide the continuous unidirectional water flow by attaching the Aquapod® to a single point mooring. This will allow the farm array a wide range of motion over the seafloor, while keeping it within a defined area, and simultaneously reducing the onerous costs of diesel consumption from the towing and ensuring that the pen always has a defined "fore" and "aft" relative to water movement, regardless of the direction of current flow.

**Biological Performance of the fish**
        The very low initial stocking mortality and immediate interest in feed shown by the fish immediately after stocking were both considered to be encouraging signs. However, the overall biological performance of the fish in the Velella project exceeded every expectation from stocking onwards. The amount of feed required to satiate the fish was greater than anticipated, eventually resulting in a feed inventory shortfall which saw the crew feeding smaller than optimal pellets (firstly 6 mm and then 4 mm pellets to fish that should have been on 12 mm pellets) for a period of two weeks while awaiting a shipment of 12mm feed. Kampachi health and resilience were impressive, with only 10 mortalities over the course of the entire trial period after the initial post-transfer dropout, and 98% of the stock surviving to harvest (Figure 11)

15



Figure 11: Cumulative mortality of the kampachi in the Velella trial. After the initial transfer stress-related mortality event, survivorship among the Velella kampachi was very strong at 98+% (as compared to the projected 85% survival).

The health of the fish and their strong appetite translated into excellent growth performance, with the cohort reaching harvest size in an unprecedented 5 months of growout – nearly 50% faster than expected (Figure 12).



Figure 12:   Average fish weight over time of the Velella (red triangles) compared to the expected growth curve (blue diamonds) of kampachi.

16

The Feed Conversion Ratio of the stock was likewise excellent, remaining below 1.25:1 up to an average fish weight of 2.2kg (nearly 5 lb). However, the feed shortfall mentioned above, and the inefficiency of feeding of 6 mm and 4 mm pellets to fish over 1 kg, resulted in a spike in FCR over months 7 and 8 (fish age). The FCR of the stock fell again to below 1.5:1 after the more appropriate (12 mm) feed size was reinstated, but began to climb again (as expected) as the fish surpassed 5lbs average weight (Figure 13). The final cumulative FCR from stocking to harvest was 1.6:1, slightly below the expected FCR for kampachi of 1.8:1.



Figure 13:   Average FCR of the Velella-raised kampachi over time. The FCR spiked around months 7 and 8, as the fish were over 1.5 kg, but were restricted to 6 mm and 4 mm pellets. The FCR dropped back to around 1:1 around 8.5 months as the fish were switched back to 12mm feed.

The rapid growth of the Velella kampachi forced an early harvest in December, 2011 (compared with the expected harvest date of March, 2012) as the stock density was approaching the recommended upper limits. The harvest was accomplished using F.V. *Kai Holo Pono*, a local fishing vessel (Figure  14). The pen was raised to the surface for harvest, and *Kai Holo Pono* tied up with her stern directly beneath the access hatch. Divers entered the cage and, using a large sweep net, corralled portions of the stock up against the hatch where they were dip-netted out by the boat's crew. The fish were deposited directly into a seawater/ice slurry in *Kai Holo Pono*'s holds, and transferred to large totes upon return to the harbor. The fish were sold through Keahole Point Fish's established network of distributors. The large majority of the fish were sold locally, within the Hawaiian Islands.

17



Figure 14:    The Velella harvest. Kampachi Farms researchers and the crew of Kai Holo Pono
show fish from the final harvest, February 9th 2012

The initial harvest in December, 2011 was conducted for the primary purpose of reducing the stocking density. Half of the fish were removed in December, and the project was continued, to allow for testing whether the conditions of the Velella array would result in continued improved kampachi growth performance beyond the usual harvest size (i.e. would FCRs remain low and would growth rate continue up to 6 or 7 lbs). The kampachi growth performance remained excellent, but feed conversion ratios became less efficient as the fish increased in size. This is in line with previous kampachi culture experience. The remaining fish were harvested on February 5th and 9th, the cage was surfaced and raised further out of the water using a tripod of lift bags, and *Machias* towed the empty array back to Kawaihae harbor.

Machias was met at Kawaihae by a boom truck and the land-based Kampachi Farms research team. The Aquapod® was brought alongside the dock and hoisted out. The pen was disassembled by hand. During the disassembly process, the brass wire was assessed for corrosion and durability using digital calipers. Random samples suggested that the corrosion resistance was overall very good, but some loss of wire diameter was noted in the bends of the chain link, suggesting that abrasion might have a greater effect on the material than exposure to seawater. Individual Aquapod® panels were loaded onto a flatbed trailer and trucked from Kawaihae to the Kampachi Farms research facility at the Natural Energy Laboratory of Hawaii, where they remain in storage awaiting the next trial.

**Discussion**

The exceptional biological performance in this first-ever growout of marine finfish in an untethered open ocean farm was both surprising, and highly encouraging. The kampachi in the Velella Project displayed unprecedented growth performance, outstanding feed conversion ratios, and excellent survival. The use of continuous unidirectional flow and rigorous cleaning to control flukes without chemical treatment is – to our knowledge - an industry first. The project successfully showed that it is possible to conduct a fully-

18

functional mariculture operation adrift in the open ocean, and identified the target areas requiring future work to bring such a concept to commercial viability.

One major underlying problem that stymied progress towards many of the remote command and control (C2) and automation goals was restrictive satellite-based ship-to-shore communications. The current capabilities of commercially-available Iridium satellite communications technology proved to be insufficient to support the data load required by remote operations of aquaculture equipment (cameras, feeders, cleaners, ROV's, etc). Furthermore, the data packet format used by Telarus Communications, the contracted service provider, turned out to be irreconcilable with the format required to allow the Lockheed Martin C2 software to interface with the PLC running the shipboard systems. While all of the automation technology was operable when manually activated by the shipboard crew, control of the equipment was inaccessible to land-based personnel. The automation research proceeded without the ability to remotely operate the various systems from shore, with shipboard crew and visiting researchers testing the automated equipment by controlling it on-site from the tender vessel.

The identification and prediction of eddy patterns for maintaining the array's position presented another persistent problem. While 2011/2012 has seen anomalous currents to the west of Hawaii Island (evidently due to a prolonged La Nina event), the available technology's ability to identify and predict the movement of Kona eddies was significantly less than had been hoped for. Decisions regarding the positioning of the array had to account for the predictions of all available models, which were often contradictory and sometimes appeared to have no resemblance to conditions observed by the Velella crew. The FII in particular was widely inaccurate and vulnerable to inclement weather conditions, forcing the research team to rely on the three Navy modeling products available online: the NCOM, the NLOM and the HYCOM models. The NCOM's resolution was often too coarse to have utility on such a regional project. The NLOM model uses a larger degree of "guesswork" in its projections, and while its ability to identify an eddy seemed adequate, it was less adept at accurately locating that eddy and predicting the speeds of the currents. The HYCOM model is based more in observational data, but that benefit also meant that it too suffered from accuracy issues related to cloud cover and sea state. With all this in mind, the research team used a combination of all the resources available in conjunction with reports from the Velella crew to make prudent positioning decisions.

Given the drag forces of a standard-configuration Aquapod, and the inconsistent winds found in the lee of Hawaii Island, towing using the Machias' diesel engine was found to be the only consistent method of moving the array through the water. The greater-than-expected amount of time spent repositioning the array under diesel power proved to be an onerous cost burden, and would be a significant impediment to any commercial aspirations for this concept, at this time.

An unanchored drifter/towable cage has two prime design considerations: low drag, and high water flow through the pen. A modeling study was performed by Lockheed-Martin and Ocean Farms Technologies (the manufacturers of the Aquapod®), to determine the most drag-efficient open-ocean cage design. The study considered computer models of commercial-scale 15,000 cubic meter net pens of four different designs: a cylinder-shape, a pill-shape, a sphere and a cube. Assuming these designs would use OFT's existing construction materials (plastic lumber and brass mesh) and techniques, all cage designs performed similarly in the model testing and are expected to

19

be comparable in practicality and cost (Figure 15). The study also included a sub-investigation of the type of vessels that would be required to support a commercial-scale unanchored mariculture operation, with the end results suggesting that a small fleet including an ocean-going tug, an oil-industry style crew/resupply vessel, a harvest boat, and a live-aboard tender vessel would all be required.



Figure 15:   Comparison of the drag forces exerted by the four modeled cage shapes at different towing speeds.

Given the recent experience using a spherical cage, we believe that presently-available cage materials and traditional submersible cage designs will likely not be commercially viable. A commercial-scale drifter cage would likely have to utilize mesh that promotes laminar water flow, and would optimally have a mechanism to further reduce the amount of drag force during towing (such as the ability to partially surface for long periods of time during tows, while still supporting fish health).

Kampachi Farms estimates that the confluence of technologies required to support a true commercial scale, ocean going drifter operation is likely to be at least 5 - 10 years downstream. However, the apparent biological benefits of farming in the open ocean are too great to ignore in the short term.

Most of the obstacles encountered during the Velella Beta-test could be overcome by transitioning from a true drifter array to a deepwater single point mooring (SPM). This would involve a heavy deadweight or embedment-style anchor attached by a single, long mooring line to a barge or buoy containing the feeder systems and communications gear. This would be attached to the cage by a towing bridle and umbilical setup similar to that used during the Velella Beta-test.

20

An SPM pen array removes all of the challenges associated with current prediction and cage positioning, keeping the array in more or less the same location day after day. This facilitates resupply, stocking, and harvesting, and allows the array to be maintained within effective range of commercial wireless broadband service. The complications arising from narrow-bandwidth and inconsistent satellite communications could be completely avoided, allowing automated farm systems to be controlled from shore using a high-speed internet connection, in a data format compatible with the equipment controls. Furthermore, the SPM array would freely align itself with the prevailing current like a weathervane, allowing these benefits to be realized while maintaining both a wide range of motion over the seafloor, and unidirectional water flow through the pen (which proved so effective in combating fluke infestations) without diesel power. The critical question now becomes whether the outstanding biological performance seen over the course of the Velella Beta-test can be replicated on such a moored array.

The next step planned for Velella development will therefore be the engineering, installation and testing of a research scale SPM pen array using the same 132 cubic meter Aquapod®, approximately six nautical miles off the Kona coast in 6,000 feet of water. Rather than relying on a permanent resident crew, an automated feeder buoy built by UNH for their aquaculture program will be refurbished and repurposed. Equipped with modern 3G/4G broadband communications and suitable feeder equipment, the buoy should be capable of demonstrating full automation and remote control of daily husbandry tasks. Kampachi Farms has already applied for a permit for this next stage, and is currently seeking financial support for the engineering, deployment and operation of this "Velella Gamma-test."

By refining the automation and remote control processes and successfully demonstrating the first moored aquaculture operation in the deep open ocean, we anticipate that the Velella Gamma trial can build on the results of these Velella beta-test drifter trials, and bring the promise of deepwater open ocean mariculture to commercial reality. This will open the opportunity for increased production of high-quality sashimi-grade seafood. Commercialization of the Velella Gamma technology will allow us to minimize mankind's footprint on the seas, by allowing aquaculture growth further offshore, in deeper waters, with negligible environmental impact and minimal conflict with other ocean user groups. At the same time, with the great advances in marine fish nutrition, we should be able to reduce reliance on limited forage fish resources such as Peruvian anchovies and sardines, and instead increase the use in marine fish diets of sustainable, scalable agricultural oils and proteins, such as from US soybeans – truly connecting the heartland of America with her blue horizons.

------------------ /// ------------------

21